UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:13CV188-ORL-37KRS

SMALL BUSINESS ADMINISTRATION
an Agency of the Government of the
United States of America

vs.

JORWAN INVESTMENTS, LLC.

## COMPLAINT

PLAINTIFF, SMALL BUSINESS ADMINISTRATION, by and through its undersigned counsel, sues Defendant, JORWAN INVESTMENTS, LLC., and alleges as follows:

### JURISDICTION

1. Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### VENUE

2. Defendant is a For-Profit Florida Corporation doing business in Orange County, Florida within the jurisdiction of this Court.

### COUNT I (SUIT ON A PROMISSORY NOTE)

3. On or about May 31, 2007, Defendant executed a promissory note (hereinafter "Note") for the principal amount of $242,000.00. A true and correct copy of the Note is attached hereto as Exhibit "A".

4. Defendant is in default of the Note, and the outstanding principal balance due under the Note is $228,823.12. Defendant is also liable for costs, fees and interest as a result of the default.

5. The debt owed to the Plaintiff is as follows:

| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $228,823.12 |
|---|---|
| B. FMS & DOJ Fees | $77,847.04 |
| **Total Owed** | $306,670.16 |

The Certificate of Indebtedness attached as Exhibit "B" shows the total owed excluding attorney's fees. The principal balance and the FMS & DOJ Fees shown on the respective Certificate of Indebtedness, is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets.

6. Demand has been previously made upon the Defendant for payment of the indebtedness, and the Defendant has neglected and refused to pay the same. A true and correct copy of the Demand Letter sent to Defendant on March 6, 2012, is attached hereto as Exhibit "C".

WHEREFORE, USA prays for judgment:

A) For the sums set forth in paragraph 5 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B) For attorneys' fees to the extent allowed by law; and,

C) For such other relief which the Court deems proper.

**COUNT II (FORECLOSURE OF COMMERCIAL SECURITY AGREEMENT)**

7. Plaintiff readopts and realleges paragraphs 1 through 6 as if fully set forth herein.

8. This an action to foreclose a commercial security agreement on personal property located in Orange County, Florida.

9. To ensure the full and faithful performance of the covenants and agreements contained within the Note, Defendant provided Plaintiff with a security interest in all personal and intangible property, together with all fixtures, equipment and other property as otherwise described in the Commercial Security Agreement. A true and correct copy of the Agreement is attached here to as Exhibit "D".

10. Defendant is in default of the Note and the Commercial Security Agreement for failing to make the all monthly payments of principal and interest on said Note.

WHEREFORE, USA prays for judgment:

A) A foreclosure of its security interest in all fixtures, equipment, personal and intangible property described in the Commercial Security Agreement;

B) For attorneys' fees to the extent allowed by law; and,

C) For such other relief which the Court deems proper.

Respectfully submitted this 31 day of January, 2013

By:_____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305)262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States of America