UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 6:13-CV-00188-RBD-KRS

SMALL BUSINESS ADMINISTRATION
An Agency of the Government of the
United States of America,

    Plaintiff,

v.

JORWAN INVESTMENTS, LLC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, SMALL BUSINESS ADMINISTRATION an Agency of the Government of the United States of America, by and through its undersigned counsel and files this Notice of Voluntary Dismissal Without Prejudice in the above styled cause.

Dated: February 20, 2013
Miami, Florida

Respectfully submitted,

_____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States of America

CASE NO. 6:13-CV-00188-RBD-KRS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by regular US Mail On this 20 day of February, 2013 on all parties of record on the attached service list.

_____
Steven M. Davis

CASE NO. 6:13-CV-00188-RBD-KRS

## SERVICE LIST

JORWAN INVESTMENTS, LLC.
c/o Jorge H. Manrique
11293 Spinning Reel Cir
Orlando, FL 32825

JORWAN INVESTMENTS, LLC.
c/o Jorge H. Manrique
898 E. Washington Street
Orlando, FL 32801